UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,       Case No. 3:21-CR-00007-MMD-CSD

v.

JESS LEGARZA,

       Defendant.

_____/

**ORDER GRANTING MR. LEGARZA'S**
**MOTION FOR LEAVE TO FILE SUBSTANCE EVALUATION UNDER SEAL**

    The Court having reviewed Mr. Legarza's request to file his substance abuse evaluation under seal finds that the request is appropriate.

    IT IS HEREBY ORDERED that Mr. Legarza may file his Substance abuse evaluation with the Court under seal.

**Dated: August 1**, 2022.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE